# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-1660
Lower Tribunal No. 2007-CF-016605-A-O

_____

KELVIN A. MUTCH, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Renee A. Roche, Judge.

July 2, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, WHITE and SMITH, JJ., concur.


Kelvin A. Mutch, Jr., Crawfordville, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED